UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 02 2022

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00301 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(m) |
| ALAN HASSLER | ) | 18 U.S.C. § 1519 |
| BRIAN HASSLER | ) | |
| MICHAEL HASSLER | ) | |

# INFORMATION

## COUNT ONE:

THE UNITED STATES ATTORNEY CHARGES:

On or about July 12, 2021, in the Middle District of Tennessee, **ALAN HASSLER, BRIAN HASSLER,** and **MICHAEL HASSLER**, aided and abetted by each other, knowingly falsified and made a false entry on a document related to a matter within the jurisdiction of any department or agency of the United States to wit: the Bureau of Alcohol, Tobacco, Firearms & Explosives, and did so with the intent to impede, obstruct, and influence the investigation of a matter within that agency's jurisdiction.

In violation of Title 18, United States Code, Sections 1519 and 2.

COUNT TWO:

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about July 12, 2021, **ALAN HASSLER, BRIAN HASSLER,** and **MICHAEL HASSLER**, aided and abetted by each other and being licensed dealers of firearms, made false entries in records regarding the sale, transfer, and disposition of firearms that each was required to keep pursuant to Title 18, United States Code Section 923.

In violation of Title 18, United States Code, Sections 922(m), 924, and 2.

MARK H. WILDASIN
UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY