CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☐
Complaint ☐
Information ☒
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: <u>Davidson</u>
AUSA's NAME: <u>McGuire</u>

Reviewed by AUSA: <u>RM</u>
(Initials)

<u>ALAN HASSLER</u>
Defendant's Full Name

_____
Defendant's Address

<u>Manuel B. Russ</u>
Defendant's Attorney

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1519 | Obstruction of justice – providing false documents to investigating agency | 20 years | $250,000 |
| 2 | 18 U.S.C. § 922(m) | Making false entry into firearm records | 1 year | $100,000 |
| - | 18 U.S.C. § 2 | Aiding and abetting – theory, not additional charge | Same punishments | Same fine |

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
  If Yes: Name of the Magistrate Judge _____ Case No.: _____
    Was the defendant arrested on the complaint? Yes ☐ No ☐

Has a search warrant been issued? Yes ☒ No ☐
  If Yes: Name of the Magistrate Judge <u>   Holmes   </u> Case No.: <u>21-mj-1222</u>

Was bond set by Magistrate/District Judge? Yes ☐ No ☐     Amount of bond: _____

Is this a Rule 20? Yes ☐ No ☒     To/from what district? _____
Is this a Rule 40? Yes ☐ No ☒     To/from what district? _____

Estimated trial time:     <u>N/A</u>

The Clerk will issue a **Summons**/Warrant     (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☐ No ☒     Recommended conditions of release: <u>Standard conditions</u>