> Motion DENIED.
> /s/ [Judge signature]

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRIC OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:22-CR-301-1 |
| | ) | |
| ALAN HASSLER | ) | JUDGE TRAUGER |

### MOTION TO CHANGE SENTENCING HEARING DATE

Comes now the Defendant, Mr. Alan Hassler, by and through undersigned Counsel of record, Mr. Manuel B. Russ, and moves this Honorable Court to change the date for the sentencing hearing in this matter, which is currently set for May 25th, 2023, at 2 P.M.

At the change of plea hearing on November 22nd, 2022, the Court expressed concern that the investigation by the industry operations section of the ATF into the offensive conduct of Mr. Hassler had not, at that time, been completed. Since that date, a representative of industry operations for ATF has informed the attorney for the Government that they have completed their investigation of Mr. Hassler and his business in relation to the offensive conduct in this case. Based on the completion of the investigation by the industry operations section, Mr. Hassler requests that the Court change his sentencing hearing to a date approximately thirty to sixty days earlier than currently scheduled. Counsel has spoken with the attorney for the Government, Mr. Robert McGuire, and the Government does not object to changing the sentencing hearing date on this basis.

**WHEREFORE**, for good cause shown, Mr. Hassler prays that this Honorable Court will grant his motion and change his sentencing hearing date to one acceptable with the Court's calendar thirty to sixty days earlier than it is currently set.

1